IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:10cr0236 |
| | ) | |
| | ) | JUDGE HAYNES |
| TERRANCE DEANGELO WHITSON | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Terrance Deangelo Whitson's motion to suppress (Docket Entry No. 22) is **GRANTED**.

It is so **ORDERED**.

ENTERED this the 20th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge