IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10cr-00236 |
| | ) | JUDGE HAYNES |
| TERRENCE WHITSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's motion to dismiss the indictment (Docket Entry No. 445A), that is **GRANTED**. This action is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 2nd day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge